UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA TODD KANE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. C16-1624-JCC-JPD<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |

Based upon the unopposed motion of defendant, Dkt.13, as well as the declaration of Nancy Mishalanie, Dkt. 14, it is hereby ORDERED that the motion (Dkt. 13) is GRANTED, and that the briefing schedule in this matter is amended as follows:

- Defendant's Responsive Brief is due on or before April 27, 2017; and

- Plaintiff's optional Reply Brief is due on or before May 11, 2017.

DATED this 28th day of March, 2017.

*James P. Donohue*
_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1