THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA TODD KANE,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>Defendant. | CASE NO. C16-1624-JCC-JPD<br><br>ORDER |

This matter comes before the Court on Plaintiff Kane's motion for attorney fees (Dkt. No. 19). The Government does not object. (Dkt. No. 20.) Based on the foregoing, it is hereby ORDERED that attorney fees in the total amount of $2,662.84 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $400.00 (for the court filing fee) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall be awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Amy Gilbrough.

Whether the check is made payable to Plaintiff, or to Amy Gilbrough, the check shall be mailed to Ms. Gilbrough at the following address: 1904 Third Ave., Suite 1030, Seattle, Washington 98101.

DATED this 11th day of May, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2